**NOT FOR PULICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TOWNSHIP OF CRANFORD,<br><br>Plaintiff,<br><br>v.<br><br>CRANFORD HARRISON DEVELOPERS, LLC,<br><br>Defendants. | Civil Action No. 23-4367-SDW-JSA<br><br>**ORDER**<br><br>November 2, 2023 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on October 11, 2023, by Magistrate Judge Jessica A. Allen ("Judge Allen"), (D.E. 6), recommending that the motion to remand be granted. This Court has reviewed the reasons set forth by Judge Allen in the R&R. The Court is also in receipt of Defendants' objection to the R&R and notes that no opposition was received to Plaintiff's motion to remand. This Court finds no basis to deny the motion to remand and agrees with the jurisdictional analysis performed by Judge Allen. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Allen, (D.E. 6), is **ADOPTED** as the conclusion of law of this Court and this matter is hereby **REMANDED.**

**SO ORDERED.**

                                                                                                /s/ Susan D. Wigenton  
                                                                                              **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk  
cc:     Parties  
        Jessica A. Allen, U.S.M.J.